## RE: Incident regarding bus incident on Feb. 4th at West Point Jr High

Reid Newey <rnewey@dsdmail.net>
Thu 2/7/2019 1:32 PM

**To:** Brenda Mayes <brenda.mayes@hotmail.com>
**Cc:** Craig Carter <ccarter@dsdmail.net>; John Zurbuchen <jzurbuchen@dsdmail.net>

Hi Ms. Mayes, first of all, let me apologize for this incident. We deeply regret the actions of our employee and will be addressing this issue with urgency. I have asked Mr. Craig Carter to respond to you as well and work through this matter, in terms of our actions with employee(s), etc. We had been made aware of this incident and were already in the process of aggressively dealing with it, in terms of our employees. Again, I am sorry that this has occurred and we will do our best to make sure that this does not occur again in any of our employees actions. If you do not hear soon from Mr. Carter, please let me know.

Thanks, Reid
Reid Newey, Superintendent
Davis School District
801-402-5258
rnewey@dsdmail.net

**From:** Brenda Mayes <brenda.mayes@hotmail.com>
**Sent:** Thursday, February 7, 2019 7:32 AM
**To:** Scott Zigich <szigich@dsdmail.net>; ccarter@dsd.net; Reid Newey <rnewey@dsdmail.net>
**Subject:** Incident regarding bus incident on Feb. 4th at West Point Jr High


Good Morning,

I am the mother of ▆▆▆▆▆, the student that was trapped in the bus doors at West Point Jr. High.

I am making a formal request that all video Davis County School District, and the Transportation Department have for the morning of February 4, 2019 that covers the time period of 7:40 am to 8:10 am at West Point Junior High be save and preserved. I am requesting that all video is preserved even if the angle does not provide a view of the incident but that may reveal any potential witnesses.

I am not sure if I am going to take legal action at this time, I have looked up attorneys on multiple occasions. I have been advised by friends to sue, to take this to social media, to take this to the newspapers and radio stations, and even to contact the ACLU. The 3 children specifically named in this email are mixed race, and based on the low minority population I think that race likely played a part in the incidents. I am trying to sort out exactly what I would like to happen as a result this incident. I feel like I am not getting a response regarding the incident and am upset that I have not been contacted by the school district. I would like to view the video, I have made this request to Adam King and Pamela Staveros. I was initially told I needed to submit a GRAMMA request, then was told I had rights to the images that were captured under FERPA and would be contacted by WPJH, but last night Adam King told me they do not have any video and I need to contact the district.

I put equal blame on Dave Roberts and the bus driver John, I believe his last name is Naisbitt. I am requesting that a complete investigation is done on Dave Roberts history of following up on complaints made by parents. I do not want Dave Roberts to be involved in making any determination of any circumstances or facts regarding this incident.

To briefly explain what happened, I received a phone call from my son ▆▆▆▆▆, his voice was shaky and I could tell he was on the verge of tears, I could hear other students around him were very animated and discussing what had happened. ▆▆▆▆ explained to me how John, his bus driver, closed the door on him, trapping his body half way in the bus, then put the bus into gear and began to drive off with half of his body hanging out of the bus. He sounded terrified and embarrassed.

## RE: Incident regarding bus incident on Feb. 4th at West Point Jr High

**Craig Carter** <ccarter@dsdmail.net>
Thu 2/7/2019 1:53 PM
**To:** Brenda Mayes <brenda.mayes@hotmail.com>
**Cc:** Reid Newey <rnewey@dsdmail.net>

Good afternoon Ms. Mayes,

I am indeed sorry for the events involving your son. Our students are our first priority. As Superintendent Newey mentioned, we have moved swiftly and decisively with our employee involved with this situation.

We will also honor your request to investigate the events that took place in October and the subsequent investigation. Dr. Bernardo Villar will conduct that investigation. You will hear from Dr. Villar within the next day or so.

Thank you for reaching out to us. We will stay in contact as we move through the investigation process.

Regards,
Craig Carter

**From:** Brenda Mayes <brenda.mayes@hotmail.com>
**Sent:** Thursday, February 7, 2019 8:03 AM
**To:** Craig Carter <ccarter@dsdmail.net>
**Subject:** Fw: Incident regarding bus incident on Feb. 4th at West Point Jr High

---

**From:** Brenda Mayes
**Sent:** Thursday, February 7, 2019 7:31 AM
**To:** szigich@dsdmail.net; ccarter@dsd.net; rnewey@dsdmail.net
**Subject:** Incident regarding bus incident on Feb. 4th at West Point Jr High

Good Morning,

I am the mother of ▮▮▮▮▮▮▮▮▮, the student that was trapped in the bus doors at West Point Jr. High.

I am making a formal request that all video Davis County School District, and the Transportation Department have for the morning of February 4, 2019 that covers the time period of 7:40 am to 8:10 am at West Point Junior High be save and preserved. I am requesting that all video is preserved even if the angle does not provide a view of the incident but that may reveal any potential witnesses.

I am not sure if I am going to take legal action at this time, I have looked up attorneys on multiple occasions. I have been advised by friends to sue, to take this to social media, to take this to the newspapers and radio stations, and even to contact the ACLU. The 3 children specifically named in this email are mixed race, and based on the low minority population I think that race likely played a part in the incidents. I am trying to sort out exactly what I would like to happen as a result this incident. I feel like I am not getting a response regarding the incident and am upset that I have not been contacted by the school district. I would like to view the video, I have made this request to Adam King and Pamela Staveros. I was initially told I needed to submit a GRAMMA request, then was told I had rights to the images that were captured under FERPA and would be contacted by WPJH, but last night Adam King told me they do not have any video and I need to contact the district.

I put equal blame on Dave Roberts and the bus driver John, I believe his last name is Naisbitt. I am requesting that a complete investigation is done on Dave Roberts history of following up on complaints made by parents. I do not want Dave Roberts to be involved in making any determination of any circumstances or facts regarding this incident.

To briefly explain what happened, I received a phone call from my son ▆▆▆▆▆ his voice was shaky and I could tell he was on the verge of tears, I could hear other students around him were very animated and discussing what had happened. ▆▆▆▆▆ explained to me how John, his bus driver, closed the door on him, trapping his body half way in the bus, then put the bus into gear and began to drive off with half of his body hanging out of the bus. He sounded terrified and embarrassed.

When I went to the school I got details of how John had stopped at West Point Jr High around 7:58 am on February 4, 2019, John then opened the door and allowed about 5 to 10 students to get off the bus, as ▆▆▆▆▆ got off the bus John shut him in the door and then drove forward. ▆▆▆▆▆ has discussed with me how afraid he was that he was going to go under the wheels of the bus.

This is not the first time we have had a problem with this bus driver, or with Dave Roberts, the director of transportation.

On or around October 10th 2018 my younger son ▆▆▆▆▆ and our neighbor ▆▆▆▆▆ who both attend West Point Elementary, were getting on to the bus and John, driving bus 1914 intentionally closed the doors on ▆▆▆▆▆, he then tried to close the doors on ▆▆▆▆▆. Luckily ▆▆▆▆▆ was able to jump quickly and dodge the doors. ▆▆▆▆▆ parents contacted the elementary and Dave Roberts, John was taken off the route for about a week and then returned. ▆▆▆▆▆ and ▆▆▆▆▆ have been afraid to ride the bus since that incident so ▆▆▆▆▆ parents have driven them both to and from school since then, ▆▆▆▆▆ has rode the bus on days that ▆▆▆▆▆ parents were unavailable to drive him.

Dave Roberts has been notified on multiple occasions from multiple parents regarding this bus driver and he has done nothing. John has a history of acting erratic, reckless, using profanities, and acting aggressive to the children. He has inappropriate friendships with young girls he has made the "bus monitors". John has pulled over on the side of the road and parents have had to go retrieve their children from his bus. Last year John allowed a 6th grade boy to physically attack a much younger girl, I believe she was in 3rd grade, the same boy on multiple occasions punched, hit, had physical altercations on the bus and John either disregarded the incidents or was incompetent of having any control of the children on the bus. Dave Roberts has been notified and was aware of the problems with John and failed at his duties as the Transportation Director and continued to allow John to drive.

I am asking that you review the messages that Dave Robert's secretary takes and investigate what if any actions he has taken in response to issues with bus drivers. I believe you will likely find that he disregards complaints with no action or does an inadequate job of reviewing the incidents he does look into.

Dave Roberts stated to me that he had determined that the incident with ▆▆▆▆▆ was a fabrication, that it never happened. He told me that he had two adult witnesses at the bus stop who stated nothing happened to ▆▆▆▆▆. I believe the incident with ▆▆▆▆▆ happened at the school not at the bus stop, so if he in fact spoke to two parents that stand at the bus stop he was asking the wrong people.

When I spoke with Dave, he was dismissive, rude, and acted as if we were making up a story regarding the morning of Feb. 4th.

Mr. Clark West Point Elementary stated that any video they had at the bus loop regarding the incident with ▆▆▆▆▆ has been now been overwritten. Davis County School District and the Transportation department failed to investigate that incident. If John had been removed the incident with ▆▆▆▆▆ would not have happened. This was a complete failure on the part of both the school district and the transportation department.

I would appreciate if someone would contact me and let me know what actions have been taken, and I would like assurance that Dave Roberts is not participating in any further investigation, or decision making regarding this incident. I would like to know who the contact person is that will be following up with me.

Please contact me,