Robert B. Sykes (3180)
Alyson C. McAllister (9886)
C. Peter Sorensen (16728)
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 South State Street, Suite 240
Salt Lake City, Utah 84111
Telephone (801) 533-0222
bob@sykesmcallisterlaw.com
alyson@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF<br><br>D.M., a minor | Case No. 1:19-cv-00040-CW<br><br>**REQUEST TO SUBMIT FOR DECISION**<br>**Petition for: 1) Approval of a Minor's Settlement, 2) Appointment of a Conservator, 3) Permission to Endorse Settlement Check, and 4) Authority to Execute a Release**<br><br>Judge Clark Waddoups |

Petitioner, pursuant to D.U.Civ.R. 7-3, files this Request to Submit for Decision on her Petition for: 1) Approval of a Minor's Settlement, 2) Appointment of a Conservator, 3) Permission to Endorse Settlement Check, and 4) Authority to Execute a Release as follows:

1. Petitioner filed her Petition for: 1) Approval of a Minor's Settlement, 2) Appointment of a Conservator, 3) Permission to Endorse Settlement Check, and 4) Authority to Execute a Release (Doc. 7) on July 16, 2019.

2. Counsel for all Defendants in the underlying case filed Davis School Districts' Response to Plaintiff's Petition for Approval of Settlement (Doc. 8) on July 18, 2019, stating no objection.

3. No reply is necessary.

Having been fully briefed, this matter is now at issue and ready to be heard by the Court. Petitioner does not request a hearing, but is available if the Court would like one.

DATED this 18th day of July, 2019.

**SYKES MCALLISTER LAW OFFICES, PLLC**

*/s/ Alyson C. McAllister*
Alyson C. McAllister
*Attorney for Petitioner*