AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

IN THE MATTER OF D.M., a minor

    Plaintiff

v.

DAVIS SCHOOL DISTRICT, DAVE ROBERTS, JOHN NAISBITT, AND JOHN AND JANE ROES 1-10,

    Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:19-cv-0040-CW

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of Plaintiff and against Defendants in the total amount of $62,500, of which $25,400 is awarded in attorney's fees and costs to plaintiff's counsel.

October 24, 2019

*Date*

BY THE COURT:

_____

Clark Waddoups
United States District Judge