AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

IN THE MATTER OF D.M., a minor

Plaintiff

v.

DAVIS SCHOOL DISTRICT, DAVE ROBERTS, JOHN NAISBITT, AND JOHN AND JANE ROES 1-10,

Defendants

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 1:19-CV-00040-CW-CW

IT IS ORDERED AND ADJUDGED

THAT Plaintiff's action is dismissed with prejudice pursuant to the stipulation of the parties.

October 24, 2019

*Date*

BY THE COURT:

_____

Clark Waddoups
United States District Judge