KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: kkaiser@agutah.gov
*Attorneys for Davis School District*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRENDA MAYES, as mother and guardian of Child Doe,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS SCHOOL DISTRICT; DAVE ROBERTS; JOHN NAISBITT, District Transportation Director; and JOHN and JANE DOES 1-10, in their official and individual capacities;<br><br>Defendants. | **ORDER ON STIPULATED MOTION FOR RELIEF FROM JUDGMENT OR ORDER**<br><br><br>Case No. 1:19-cv-00040<br><br>Judge Clark Waddoups |

Now before the Court is the parties' Stipulated Motion for Relief from

Judgment or Order. For the reasons stated in the parties' motion, and pursuant to

Federal Rule of Civil Procedure 59(e), 60(a), 60(b)(1), and 60(b)(5), the Court finds that sufficient cause exists to vacate the judgment entered in this case. Accordingly, it is hereby:

**ORDERED** that the Parties' Stipulated Motion for Relief from Judgment or Order is **GRANTED**. The Judgment (doc. 14) entered in this case is **VACATED**. It is further:

**ORDERED** that, pursuant to the parties' stipulation described in the Stipulated Motion, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees (except as already agreed by the Parties, and all payments already provided by Defendants have fully satisfied all such obligations).

DATED: October 24, 2019

BY THE COURT

The Honorable Clark Waddoups
United States District Judge
District of Utah